UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:03CR-70

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| FELIPE JESUS MADRIGAL, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT FELIPE JESUS MADRIGAL's pro se motion for release from custody (Doc. No. 489) is DENIED AS MOOT because, according to the US Bureau of Prisons' website (bop.gov), the Defendant was released on June 27, 2013.

Signed: September 4, 2013

Frank D. Whitney
Chief United States District Judge